


**UNITED STATES GOVERNMENT**

**M E M O R A N D U M**

DATE:       December 9, 2013

TO:         Honorable Scott W. Skavdahl

REPLY TO:   Karen Bila
            United States Probation Officer

SUBJECT:    Jeremy Lynn Trowbridge
            10CR-00118-10D

---

On January 19, 2011, United States District Court Judge William F. Downes, sentenced the defendant to 63 months custody to be followed by five years supervised release. On May 22, 2013, the defendant arrived at the Residential Re-Entry Center in Casper, Wyoming. On November 14, 2013, his term of supervised release began. One of the conditions of his supervision required he spend the first six months of his term at the Residential Re-Entry Center. That condition was imposed to assist the defendant in establishing stability and transitional services to assure his success on supervision.

Since his arrival at the Residential Re-Entry Center, the defendant has located employment with Custom Fiberglass as well as managing to save over $1,800. He has a dependable vehicle, which he inherited from his father, and has located a suitable apartment for release. While he has not yet completed even the first month of his Court ordered six month term, he is more stable now than he has ever been.

It is the recommended the defendant be allowed to release from the Residential Re-Entry Center on December 13, 2013, and the remaining five months of his ordered term be held in abeyance.

**BY THE COURT:**

☒ Order the release of the defendant from the Residential Re-Entry Center on December 13, 2013, and hold in abeyance the remaining term.
☐ Other Action:

_____
Scott W. Skavdahl
U.S. District Judge

Respectfully submitted,

_____
Karen Bila
U.S. Probation Officer

Reviewed by:

_____
Michael A. Akers
Supervising U.S. Probation Officer

*FORM NO. 10*
*MODIFIED 8/26/02*
*District of Wyoming*